UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARACELI AGUIRRE GONZALEZ,<br><br>　　　　Defendant. | No. SACV 19-1986-JLS<br>[SACR 99-0071-DT]<br><br>**ORDER TERMINATING THE WRIT OF CONTINUING GARNISHMENT**<br><br>**[28 U.S.C. § 3205(c)(10)]**<br><br>**[NUMERO UNO ACQUISITIONS, LLC]** |

　　　　Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Writ of Continuing Garnishment as to Garnishee Numero Uno Acquisitions, LLC in this matter, issued pursuant to the October 28, 2019 Order of Garnishment, is terminated, pursuant to 28 U.S.C. § 3205(c)(10).

　　　　Dated: January 14, 2020

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE